ant, Impleaded with MASDUR HOLDING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY BORENSTEIN, Appellant, v. G. SCHEEL & Co., Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER J. MANGIN AUTOMOTIVE SERVICE, INC., Respondent, v. KLOSK BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to renew motion to open default upon papers containing a proposed answer, and upon furnishing a surety company bond, to be approved by a justice of the Supreme Court, conditioned for the payment of any judgment that may be recovered herein against him by the plaintiff. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVA GERSHMAN, Respondent, v. JACOB GERSHMAN, Appellant.— Order modified by reducing amount awarded to the plaintiff as alimony to the sum of $40 a week, and by reducing the amount awarded as counsel fee to the sum of $250; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH REILLY, Respondent, v. ALFRED J. LaVIGNE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH REILLY, Respondent, v. ALFRED J. LaVIGNE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOCIETE FRANCAISE DES FILMS FORDYS, Appellant, v. ANDERSON PICTURES CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TONY MASSA, Respondent, v. THE DOLLAR STEAMSHIP COMPANY, Defendant, Impleaded with F. JARKA Co., INC., Appellant.— Order modified by granting the motion for a bill of particulars as to items 11 and 12 in the notice of motion, in addition to the items allowed by the order appealed from, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

B. LEFEBVRE, LTD., Respondent, v. DAVID M. LEVISON and Another, Appellants, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NICHOLAS E. YOOST, Appellant, v. W. HEYWARD DRAYTON, 3d, and Others, Respondents, Impleaded, etc.— Order modified by striking therefrom the items numbered 4, 5 and 6, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LESTER C. TAYLOR v. ERIE COAL AND COKE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.